IN THE SUPREME COURT OF NORTH CAROLINA

No. 98A24

Filed 13 December 2024

BUILDERS MUTUAL INSURANCE COMPANY

v.

DANIEL R. NEIBEL, individually and d/b/a DAN THE MAN CONSTRUCTION


Appeal pursuant to N.C.G.S. § 7A-30(2) (2023) from the decision of a divided panel of the Court of Appeals, 293 N.C. App. 1 (2024), affirming a summary judgment order entered on 22 July 2022 by Judge Margaret P. Eagles in District Court, Wake County. Heard in the Supreme Court on 30 October 2024.

*Stuart Law Firm, PLLC, by William A. Piner II, for plaintiff-appellee.*

*Buckmiller, Boyette & Frost, PLLC, by Joseph Z. Frost and Matthew W. Buckmiller, for defendant-appellant.*


PER CURIAM.

AFFIRMED.